# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**WILLIAM MATTHEWS,**

    **Plaintiff,**

    **v.**                         **No. 12-cv-0682 JCH/SMV**

**FIRST NATIONS CMTY. HEALTHSOURCE,**

    **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEPOSITION AND DISPOSITIVE MOTION DEADLINES

THIS MATTER is before the Court on the Defendant's Unopposed Motion to Modify Scheduling Order and Extend Deposition Discovery & Dispositive Motion Deadlines [Doc. 42]. Defendant seeks to extend the discovery deadline, for depositions only, to April 30, 2013. Defendant also seeks to extend the dispositive motions deadline to May 15, 2013. The Court, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Unopposed Motion to Modify Scheduling Order and Extend Deposition Discovery & Dispositive Motion Deadlines [Doc. 42] is **GRANTED**. The Court's Scheduling Order [Doc. 19] is modified to reflect the following changes only: The parties shall have until **April 30, 2013,** to conduct depositions in this matter and shall have until **May 15, 2013,** to file dispositive motions. All other deadlines in the Scheduling Order [Doc. 19] remain in effect.

    **IT IS SO ORDERED**.

                                     _____

                                     **STEPHAN M. VIDMAR**
                                     **United States Magistrate Judge**